UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

_____

JACK ALBERT SVOKE,

    Plaintiff,

v.                                                     Case No. 20-CV-620-JDP

DR. EVELOCH, *et al.*,

    Defendants.

_____

## DISCLOSURE STATEMENT
_____

The undersigned, as counsel of record for nominal defendant Joseph Fath and defendant Bill Weiss, provides the following information in compliance with Federal Rule of Civil Procedure 7.1:

1. Full name of every party the attorney represents in this matter:

    Joseph Fath
    Bill Weiss

2. Parent corporations and stockholders:

    a. Parent corporations, if any:

       Not applicable.

    b. List of corporate stockholders that are publicly held companies owning 10 percent or more of the stock of the party or amicus:

       Not applicable.

2. The name of all law firms whose partners or associates appear for a party or are expected to appear for the party in this court:

Hansen Reynolds LLC

Dated at Milwaukee, Wisconsin this 19th day of March, 2021.

**HANSEN REYNOLDS LLC**

/s/ Andrew A. Jones
Andrew A. Jones
301 N. Broadway, Suite 400
Milwaukee, Wisconsin 53202
(414) 455-7676 (phone)
(414) 273-8476 (fax)
ajones@hansenreynolds.com

*Attorneys for Nominal Defendant Joseph Fath and Defendant Bill Weiss*